BRAND, adm'r, *vs*. GARRETT, adm'r.

[WARNER, Chief Justice, was providentially prevented from presiding in this case.]

The bill of exceptions in this case not being signed by the party plaintiff or the attorney according to the Code, §4251, must be dismissed. The indorsement of the name of the attorney on the back of the bill of exceptions is not such signing it as is contemplated and required by the Code.

JACKSON, Justice.